

# Fourth Court of Appeals
## San Antonio, Texas

December 1, 2015

No. 04-15-00673-CV

**USAA TEXAS LLOYD'S COMPANY,**
Appellant

v.

John **DOE** and Jane Doe, Individually and as Next Friends of XXX, a Minor,
Appellees

From the County Court at Law No. 5, Bexar County, Texas
Trial Court No. 392757
Honorable Walden Shelton, Judge Presiding

# O R D E R

The trial court signed a final judgment on June 26, 2015. Appellant filed its notice of appeal on July 30, 2015. Because appellant did not file a motion for new trial, motion to modify the judgment, motion for reinstatement, or request for findings of fact and conclusions of law, the notice of appeal was due to be filed on July 26, 2015. *See* TEX. R. APP. P. 26.1(a). A motion for extension of time to file the notice of appeal was due on August 10, 2015. *See* TEX. R. APP. P. 26.3. Although appellant filed a notice of appeal within the fifteen-day grace period allowed by Rule 26.3, it did not file a motion for extension of time.

A motion for extension of time is necessarily implied when an appellant, acting in good faith, files a notice of appeal beyond the time allowed by Texas Rule of Appellate Procedure 26.1 but within the fifteen-day grace period provided by Rule 26.3 for filing a motion for extension of time. *See Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997) (construing the predecessor to Rule 26). However, the appellant must offer a reasonable explanation for failing to file the notice of appeal in a timely manner. *See id.*; TEX. R. APP. P. 26.3, 10.5(b)(1)(C).

We, therefore, ORDER appellant to file, within fifteen days from the date of this order, a response presenting a reasonable explanation for failing to file the notice of appeal in a timely manner. If appellant fails to respond within the time provided, the appeal will be dismissed. *See* TEX. R. APP. P. 42.3(c). **All appellate deadlines are suspended pending further order of the court.**

_Karen Angelini_
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of December, 2015.



Keith E. Hottle
Clerk of Court